THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* HARRY HARRISON, Respondent.

(Argued November 27, 1933; decided December 12, 1933.)

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for appellant.

*Morris Krimsky* for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.